IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAIJON MCCALL, | ) |
|            Plaintiff, | ) Civil Action No. 20-287 |
| v. | ) Judge Marilyn J. Horan |
| DEBORAH KANE, JUANITA BARBER, MARLEA J. APPLEGATE, GREGORY NANNY, and EEOC, PITTSBURGH, | ) |
|            Defendants. | ) |

**MEMORANDUM ORDER**

Marilyn J. Horan, United States District Judge.

AND NOW, this 6th day of May 2020,

After the magistrate judge having submitted a report and recommendation (ECF No. 8) recommending that this action be dismissed under the screening provisions of 28 U.S.C. § 1915 and pursuant to Federal Rule of Civil Procedure 12(b)(6); the report and recommendation having been served on Plaintiff; Plaintiff having filed objections; and accordingly, after a *de novo* review of the pleadings and documents in this case, together with the report and recommendation and the objections, the following order is entered:

IT IS HEREBY ORDERED that the objections are overruled;

IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Patricia L. Dodge (ECF No. 8) is hereby adopted as the opinion of the District Court;

IT IS FURTHER ORDERED that the Complaint is DISMISSED for failure to state a claim; and

2

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED FORTHWITH.

BY THE COURT:

*/s/Marilyn J. Horan*
Marilyn J. Horan
United States District Judge